# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 30, 2016

---

### NO. 03-15-00384-CV

---

**Crystal Bingham Hernandez, Appellant**

**v.**

**Tiffany Polley, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on March 27, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.